445 A.2d 206

Warminster General Hospital v. Wiggins et al.

Appeal of Mabel B. Wiggins.

Submitted January 20, 1982. John J. Hart, for appellant; Kurt John Shaffer, for Warminster, appellee; Norman C. Henss, for Jamison Inn Inc. and Roth, appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order of May 15, 1981 sustaining preliminary objections is affirmed.